UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE CARRASQUILLO,

    Plaintiff,

v.                                                                           Case No: 8:19-cv-526-T-36CPT

MILLENNIUM LAWN AND
LANDSCAPE INC.,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on July 25, 2019 (Doc. 20). In the Report and Recommendation, Magistrate Judge Tuite recommends that the Court grant the parties' Amended Joint Motion for Approval of Parties' Proposed Settlement and Stipulated Dismissal with Prejudice (Doc. 19). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The parties filed a Joint Notice of No Objection. *See* Doc. 21. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)     The Report and Recommendation of the Magistrate Judge (Doc. 20) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)     The parties' Amended Joint Motion for Approval of Parties' Proposed Settlement and Stipulated Dismissal with Prejudice (Doc. 19) is **GRANTED,** in part and

denied in part. The Settlement Agreement (Doc. 14 at 4-16) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) The Amended Joint Motion for Approval of Parties' Proposed Settlement is **DENIED** to the extent it requests a retention of jurisdiction. The Court declines to retain jurisdiction over this matter.

(4) This action is **DISMISSED**, with prejudice.

(5) The Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE AND ORDERED** in Tampa, Florida on July 31, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record